UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS

DORVIS LEE                                  NO.: 12-00121-BAJ-RLB

## RULING AND ORDER

Before this Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 58)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Petitioner's Motions for Permission to Appeal *In Forma Pauperis.* (Docs. 54, 56). The Magistrate Judge recommended denying Petitioner's Motions because the Court had already denied Petitioner a certificate of appealability on his 28 U.S.C. § 2255 motion, and under 28 U.S.C. § 2253(c)(1)(B), "[u]nless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from ... the final order in a proceeding under section 2255." (Doc. 58).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 58 at p. 1). Petitioner timely filed an objection. (Doc. 59). Petitioner does not address the Magistrate's

recommendation regarding appealing *in forma pauperis*, but instead argues that he is entitled to relief under § 2255. (Doc. 25).

Having carefully considered the underlying the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation, (Doc. 58)**, is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Petitioner's Motions for Permission to Appeal *In Forma Pauperis*. (Docs. 54, 56) are **DENIED**.

Baton Rouge, Louisiana, this 31ˢᵗ day of October, 2017.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**